UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHN G. TRAMELL**                                             **CIVIL ACTION**

**VERSUS**                                                      **NO: 16-6252**

**APEX HOME HEALTH, L.L.C.**                                    **SECTION: "R" (4)**

### ORDER AND REASONS

Before the Court is a **Motion for More Definite Statement (R. Doc. 8)** filed by the Defendant seeking an order from the Court ordering the Plaintiff to amend his complaint to provide a more definite statement regarding his claims and the relief sought. The motion was opposed. (R. Doc. 13). The motion was submitted on September 28, 2016. For the following reason, the motion is **DENIED.**

On August 30, 2016, Defendant filed the instant motion for a more definite statement. R. Doc. 8. Defendant states that the Plaintiff had agreed to file an amended complaint but had not done so at the time the motion was filed. R. Doc. 8-1, p. 2-3. On September 20, 2016, the Plaintiff filed an amended complaint. R. Doc. 12. As such, the Defendant's motion is now moot.

Accordingly,

**IT IS ORDERED** that the Defendant's **Motion for More Definite Statement (R. Doc. 8)** is **DENIED** as moot**.**

New Orleans, Louisiana, this 29th day of September 2016.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**